# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MADELINE MOORE,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>Defendant. | Case No. Case No. 1:25-cv-03712<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EQUIFAX INFORMATION SERVICES, LLC** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), it is hereby stipulated and agreed by and between Madeline Moore, and Defendant Equifax Information Services, LLC, ("Equifax") that the above-titled action is hereby dismissed with prejudice against Defendant Equifax. Each party will bear their own costs and attorney's fees.

Dated: 10/24/2025

EQUIFAX, INC.

Respectfully submitted,

LAW OFFICES OF
MARK A. CAREY, P.C.

By: */s/ Carley Thompson*
   Carley Thompson
   Equifax Inc.
   1550 Peachtree Street.
   Atlanta, GA 30309
   E: carley.thompson@equifax.com
   P: (404) 326-2679

*Attorney for Defendant,*
*Equifax Inc., named as*
*Equifax Information Services, LLC*

By: */s/ Mark A. Carey*
   Mark A. Carey
   Law Offices of Mark A. Carey, P.C.
   500 Roswell, Ste Bldg C
   Sandy Springs, GA 30342
   E: markcareylaw@ymail.com
   P: (716) 853-9243

*Attorney for Plaintiff,*
*Madeline Moore*

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on 10/24/2025, I served Plaintiff's Notice of Dismissal using the CM/ECF system, which will provide an auto generated notice to all counsel of record.

By:    */s/ Mark A. Carey*
Mark A. Carey
Law Offices of Mark A. Carey, P.C.
500 Roswell Rd., Ste Bldg C
Sandy Springs, GA 30342
E: markcareylaw@ymail.com
P: (716) 853-9243
*Attorney for Plaintiff,*
*Madeline Moore*